699 A.2d 717

**Alice C. VON DER HEIDE, as Executrix of the Estate of William Von Der Heide, Deceased, Respondent**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Petitioner.**

**No. 0743 M.D. Allocatur Docket 1996.**

Supreme Court of Pennsylvania.

Aug. 11, 1997.

## *ORDER*

PER CURIAM:

AND NOW, this 11th day of August, 1997, the Petition for Allowance of Appeal is **GRANTED**, but **LIMITED** to the following issue:

Does the Commonwealth Court's Opinion conflict with decisions that a trial court's ruling on a motion for a new trial must be sustained absent a clear abuse of discretion or error of law?